Randall T. Garteiser
rgarteiser@ghiplaw.com
Christopher A. Honea
chonea@ghiplaw.com
M. Scott Fuller *pro hac vice*
sfuller@ghiplaw.com
GARTEISER HONEA
795 Folsom Street, Floor 1
San Francisco, California 94107
Telephone:    (888) 908-4400

Attorneys for Plaintiff
Cypress Lake Software, Inc.

Krista S. Schwartz
krista.schwartz@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:    (415) 374-2300

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone:    (312) 782-3939

Sasha Rao
srao@maynardcooper.com
Brandon Story
bstroy@maynardcooper.com
MAYNARD COOPER GALE
Transamerica Pyramid Center
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 704-7433

Attorneys for HP Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cypress Lake Software, Inc., <br><br>                 Plaintiff, <br><br> v. <br><br> ZTE (USA) Inc.; HP Inc., <br><br>                 Defendant. | Case No.  5:18-cv-06144-EJD <br><br> **HP'S NOTICE RE UPDATE ON EX PARTE REEXAMINATION OF U.S. PATENT NO. 9,423,954** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE RE UPDATE ON
REEXAMINATION OF USPN 9,423,954
5:18-CV-06144-EJD

HP hereby provides the Court with an update on the status of the ex parte reexamination of U.S. Patent No. 9,423,954. On December 4, 2019, the United States Patent and Trademark Office issued an Advisory Action in the ex parte reexamination of U.S. Patent No. 9,423,954. In the Advisory Action, the patent examiner maintained the final rejection of claims 14-15 as unpatentable over the combined teachings of the Kim and Seo references, and claim 16 as unpatentable over the combined teachings of Kin, Seo, and Jobs. (Ex. A.) Plaintiff Cypress Lake Software, Inc. currently asserts claim 14 of U.S. Patent 9,423,954 against HP Inc.

Dated: December 6, 2019    Respectfully submitted,

   /s/ *Krista S. Schwartz*
   Krista S. Schwartz
   HOGAN LOVELLS US LLP

   Sasha Mayergoyz
   JONES DAY

   Sasha Rao
   Brendan Story
   MAYNARD COOPER GALE

   Attorneys for Defendant
   HP Inc.

Hogan Lovells US LLP
Attorneys At Law
San Francisco

- 1 -

NOTICE RE UPDATE ON
REEXAMINATION OF USPN 9,423,954
5:18-CV-06144-EJD